1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   JAMES SANFORD,
                                              NO. CIV. S-04-2152 LKK/JFM
12            Plaintiff,
13        v.                                  **ORDER RE DISPOSAL
                                              DOCUMENTS AFTER
14   BIG 5 CORPORATION,                       NOTIFICATION OF SETTLEMENT**
15            Defendant.
                                         /
16

17        Counsel for plaintiff has informed the court that the parties
18   have settled the above-captioned case.  The court now orders that
19   the dispositional documents disposing of the case be filed no later
20   than thirty (30) days from the effective date of this order.
21        All hearing dates heretofore set in this matter, including the
22   Status Conference currently set for May 2, 2005, are hereby
23   **VACATED.**
24   ////
25   ////
26   ////

                                     1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2    IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3    CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4    IT IS SO ORDERED.
5    DATED: April 27, 2005.

<u>/s/Lawrence K. Karlton</u><br>
LAWRENCE K. KARLTON<br>
SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT